IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| Noelle Wright and Austin Banks | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO.: 2:17-cv-216-AKK |
| Starbucks Corporation | ) ) ) |
| Defendant. | ) |

## REPORT OF MEDIATOR

The above matter was mediated by the undersigned on February 14, 2018. As a result of the mediation, the parties reached a settlement which effectively disposes of all claims in the matter.

In accordance with the settlement agreement, counsel for the parties will submit such proposed orders as they deem fit with the request that the action, in its entirety, be dismissed, with prejudice, taxing costs as paid.

Respectfully submitted,

*Brad Wash*
Brad Wash, Mediator   WAS004
UPCHURCH WATSON WHITE & MAX
2000A Southbridge Parkway, Ste. 400
Birmingham, AL 35209
Telephone: 205/933-9033

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Report of Mediator on counsel as follows by placing same in the U.S. Mail, properly addressed and first class postage prepaid on this 15th day of February, 2018.

Cassie Elizabeth Taylor, Esquire
**The ADA Group**
4001 Carmichael Rd Ste 750
Montgomery, AL 36106

Michael J. Chilleen, Esquire
**Sheppard Mullin Richter & Hampton, LLP**
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626

L. Landon Sexton, Esquire
**ADA Group LLC**
4001 Carmichael Road, Suite 570
Montgomery, AL 36116

John W. Hargrove, Esquire
**Bradley, LLP**
1819 5th Avenue North
Birmingham, AL 35203

*Brad Wash*
Brad Wash, Mediator