FILED
2018 Feb-21  AM 09:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NOELLE WRIGHT and AUSTIN BANKS,**  **Plaintiff,**  vs.  **STARBUCKS CORPORATION,**  **Defendant.** | Civil Action Number  **2:17-cv-00216-AKK** |

## ORDER

The court having been informed that the parties have amicably settled this case, doc. 43, it is **ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE**. This court shall retain jurisdiction over the parties until March 30, 2018 for purposes of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal to the court by March 30, 2018. Otherwise, after that date, this action will be deemed dismissed with prejudice.

**DONE** the 21st day of February, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE