# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NOELLE WRIGHT and AUSTIN BANKS,**  **Plaintiffs,**  vs.  **STARBUCKS CORPORATION,**  **Defendant.** | Civil Action Number  **2:17-cv-00216-AKK** |

## ORDER

Pursuant to the Joint Stipulation of Dismissal, doc. 45, the order issued on February 21, 2018, doc. 44, dismissing this case without prejudice is changed to reflect that the case is now **DISMISSED WITH PREJUDICE**.  Each party to bear their own costs.

**DONE** the 30th day of March, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE